JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-02989-RGK (AJWx) | Date | August 10, 2009 |
|---|---|---|---|
| Title | ALICIA ANDERSON v. PAUL FINANCIAL, et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Thomas Abbott |

**Proceedings:**   OSC RE DISMISSAL FOR LACK OF PROSECUTION AND SCHEDULING CONFERENCE

Case called. Plaintiff is not present. Court and defense counsel confer regarding status of the case.

Plaintiff failed to appear at the July 20, 2009 scheduling conference and the matter was continued to July 27, 2009. On July 26, 2009, a third party contacted the Court stating plaintiff would not be present on July 27, 2009 due to illness. The case was called on July 27, 2009 and continued to August 10, 2009 at 9:00 a.m. On August 7, 2009, a third party contacted the Court stating that the plaintiff would not be present on August 10, 2009 due to lack of child care.

Based on the failure of plaintiff to respond to the Order to Show Cause; plaintiff's failure to personally contact the Court regarding her unavailability to appear at Court-Ordered hearings; and plaintiff's failure to cooperate with defense counsel in the preparation of the required Rule 26(f) Report, the Court orders the matter dismissed for lack of prosecution.

.   **IT IS SO ORDERED.**

|  | : | 5 |
|---|---|---|
| Initials of Preparer | slw | |

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-02989-RGK (AJWx) | Date | August 10, 2009 |
|---|---|---|---|
| Title | ALICIA ANDERSON v. PAUL FINANCIAL, et al. | | |